IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02239-BNB

DONALD CARL MCCRANEY,

Plaintiff,

v.

AURORA POLICE DEPARTMENT,
OFFICER JOHN DOE (1), and
OFFICER JOHN DOE (2),

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 30 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Donald Carl McCraney, currently is incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. He submitted to the Court *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

In an order filed on October 24, 2007, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. McCraney to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $16.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The October 24 order warned Mr. McCraney that if he failed by the designated deadline to have the $16.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no means by which to pay the initial partial filing fee, the complaint would be

dismissed without further notice.

On November 20, 2007, Mr. McCraney filed a letter with the Court inquiring as to the case status. There is no indication in the file that he did not receive the October 24, 2007, order directing him to pay an initial partial filing fee of $16.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. Mr. McCraney has failed within the time allowed to pay the $16.00 initial partial filing fee or to show cause why he is unable to do so. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $16.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 30 day of Nov., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02239-BNB

Donald Carl McCraney
Prisoner No. 74347
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/30/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk