IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02239-ZLW

DONALD CARL MCCRANEY,

Plaintiff,

v.

AURORA POLICE DEPARTMENT,
OFFICER JOHN DOE (1), and
OFFICER JOHN DOE (2),

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Donald Carl McCraney, filed *pro se* on December 5, 2007, a "Motion to Reconsider." Mr. McCraney asks the Court to reconsider and vacate the Court's Order of Dismissal and Judgment filed in this action on November 30, 2007. The Court must construe the motion liberally because Mr. McCraney is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. McCraney filed the motion to reconsider within ten days after the Order of Dismissal and Judgment. Therefore, the Court will consider the motion to

reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. McCraney failed within the time allowed to pay the initial partial filing fee of $16.00 as directed in the order filed on October 24, 2007, granting him leave to proceed pursuant to 28 U.S.C. § 1915 (2006). Mr. McCraney attaches to his motion to reconsider a copy of the same inmate account statement he originally filed and which the Court used to calculate the $16.00 initial partial filing fee he owed in this action.

The Court finds that Mr. McCraney fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988).

Mr. McCraney does not allege the existence of any new law or evidence, and the Court remains convinced that Mr. McCraney failed within the time allowed either to submit the $16.00 initial partial filing fee or, in the alternative, to show cause as directed in the October 24, 2007, order why he was unable to do so. Therefore, the motion to reconsider will be denied. Plaintiff is reminded that because the Prisoner Complaint and the action were dismissed without prejudice, he may pursue his claims if he so wishes by initiating a new lawsuit. Accordingly, it is

ORDERED that the "Motion to Reconsider" filed on December 5, 2007, is denied.

DATED at Denver, Colorado, this  11  day of  Dec. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02239-BNB

Donald Carl McCraney
Prisoner No. 74347
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12\13\07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk